# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00582-CV

**In re Peter Edward Laurie**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Peter Edward Laurie has filed a petition for writ of mandamus complaining of the trial court's denial of Laurie's motion to stay enforcement of the trial court's August 19, 2024 child-support order pending an appeal. *See* Tex. R. App. P. 52.1. Laurie has also filed a motion for temporary relief, asking this Court to stay enforcement of the August 19 order while his mandamus petition is pending. *See id*. R. 52.10.

Mandamus relief is appropriate where the trial court clearly abuses its discretion and there is no other adequate remedy at law. *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding). In both his petition and motion for temporary relief, Laurie argues that enforcing the August 19 order "while [his] appeal is pending" would cause financial hardship. If and when Laurie files a notice of appeal, Texas Rule of Appellate Procedure 24 provides a mechanism for suspending enforcement of a judgment pending appeal. Tex. R. App. P. 24. Accordingly, Laurie has an adequate appellate remedy and mandamus is therefore not appropriate here. *See Walker*, 827 S.W.2d at 839.

Having reviewed the petition and the record provided, we deny the petition for writ of mandamus and dismiss as moot the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly and Theofanis

Filed: September 17, 2024